IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRENDA WILSON, as mother and next friend of TENIESHA ADAMS, a minor,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**CAHOKIA SCHOOL DISTRICT #187, LELA PRINCE, DWAYNE COTTON, MEARL JUSTUS, and THE COUNTY of ST. CLAIR, ILLINOIS,** )<br>)<br>)<br>)<br>)<br>Defendants. ) | Civil No. **05-297-GPM** |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Defendants' Motion to Quash Depositions of Lela Prince and Dwayne Cotton. **(Doc. 39)**.

Defendants move to quash the notices of depositions because there are pending motions to amend the scheduling order. It is not apparent why the pendency of such motions would necessitate the quashing of the notices. In any event, the Court has now ruled on the motions to amend.

Upon consideration and for good cause shown, Defendants' Motion to Quash Depositions of Lela Prince and Dwayne Cotton **(Doc. 39)** is **DENIED**.

IT IS SO ORDERED.

DATE:  October 6, 2005.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**