IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENDA WILSON, as mother and next friend of TENIESHA ADAMS, a minor, </br></br>   Plaintiff, </br></br> vs. </br></br> CAHOKIA SCHOOL DISTRICT # 187, LELA PRINCE, DWAYNE COTTON, MEARL JUSTUS, and COUNTY OF ST. CLAIR, ILLINOIS, </br></br>   Defendants. | CIVIL NO.  05-297-GPM |

## JUDGMENT IN A CIVIL CASE

This action came on for hearing before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that Plaintiff Brenda Wilson, as mother and next friend of Teniesha Adams, a minor, take nothing and that the action be dismissed on the merits.

**DATED**:  1/19/2007

NORBERT G. JAWORSKI, CLERK

By: *s/ Linda M. Cook*
        Deputy Clerk

APPROVED: *s/ G. Patrick Murphy*
        G. PATRICK MURPHY
        CHIEF U.S. DISTRICT JUDGE